IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMIN GIBBS,<br>    Petitioner, | :<br>:<br>: |
| v. | :    Civ No.  22-1665 |
| BERNADETTE MASON, et al.,<br>    Respondents. | :<br>:<br>: |

**O R D E R**

On April 28, 2022, state prisoner Amin Gibbs filed a pro se Petition for Writ of Habeas Corpus.  (Doc. No. 1; see also Doc. Nos. 31, 33); 28 U.S.C. § 2254.  On April 7, 2023, I referred the Petition to Magistrate Judge Hey for a Report and Recommendation.  (Doc. No. 12.)  On May 21, 2025, Judge Hey recommended that I deny relief.  (Doc. No. 36.)

Gibbs was required to file any objections within fourteen days of being served with a copy of the R&R.  Loc. R. 72.1(IV)(b).  On June 12, 2025, I received a letter from Gibbs—dated June 1, 2025, but postmarked June 9, 2025—averring that he did not receive the R&R "until May 30 or 31" and requesting a "1 to 2 weeks" extension of time to file his objections.  (Doc. No. 37.)  I granted Gibbs an extension until June 30, 2025.  (Doc. No. 38.)  Yet, he has filed no objections.

Accordingly, I must "satisfy [myself] that there is no clear error on the face of the record in order to accept the recommendation."  Fed. R. Civ. P. 72(b) Advisory Committee Notes; see also Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987).  Having reviewed the Report, I see no clear errors.  To the contrary, I agree with Judge Hey's Recommendation.

\*　　　　　　　　　\*　　　　　　　　　\*

**AND NOW**, this 29th day of July, 2025, upon consideration of the pleadings and record herein, and after careful review of Judge Hey's Report and Recommendation (Doc. No. 36), and all related filings, it is hereby **ORDERED** that:

1. The Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus is **DENIED**;

2. The Magistrate Judge's Report and Recommendation is **APPROVED AND ADOPTED**;

3. A certificate of appealability will not issue; and

4. The Clerk of Court **SHALL** mark this case **CLOSED**.

**AND IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　*/s/ Paul S. Diamond*
　　　　　　　　　　　　　　　　　　　　　　Paul S. Diamond, J.